

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

September 22, 2015

Texas Northern District Court
Karen Mitchell, Clerk of Court
Earle Cabell Federal Building and
United States Courthouse
1100 Commerce Street, Room 1452
Dallas, TX 75242-1310

RE: Cabada v. City of Chicago et al

Case 1:14-cv-06759

Dear Clerk:

Pursuant to the order entered by Honorable  Mary M. Rowland, on 09/08/2015, the above record

■  was electronically transmitted to:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely yours,

    Thomas G. Bruton, Clerk

    By:    /s/ Julie S. Leopold
           Deputy Clerk

Enclosures

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties